NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MTD PRODUCTS INC.,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2017-2294

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00219.

---

**JUDGMENT**

---

JOHN CIPOLLA, Calfee, Halter & Griswold LLP, Cleveland, OH, argued for appellant. Also represented by JOSHUA FRIEDMAN, TRACY SCOTT JOHNSON, MARK MCDOUGALL.

PHILIP J. WARRICK, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

intervenor.  Also represented by THOMAS W. KRAUSE, PETER JOHN SAWERT.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 12, 2019          /s/ Peter R. Marksteiner
        Date                    Peter R. Marksteiner
                                Clerk of Court